UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| OWNER OPERATOR RESOURCES CORP., | ) ) | CASE NO. 06-10138<br>Chapter 7 |
| | ) | |
| DEBTOR(S). | | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Ohio Bureau of Workers' Compensation | Law Section Bankruptcy Unit<br>P.O. Box 15398<br>Columbus, OH 43215-0398 | $1.40 |
| | Total | $1.40 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $1.40 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: February 17, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 17th day of February, 2010, to:

>Thomas P. Yoder, Esq.
>215 E. Berry St.
>P.O. Box 2263
>Fort Wayne, IN 46801
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Ohio Bureua of Workers' Compensation
>Law Section Bankruptcy Unit
>P.O. Box 15398
>Columbus, OH 43215-0398

      /s/ Martin E. Seifert
     **MARTIN E. SEIFERT**