UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| OWNER OPERATOR RESOURCES CORP., | ) ) | CASE NO. 06-10138<br>Chapter 7 |
| | ) | |
| DEBTOR(S). | | |

## NOTICE OF SMALL DIVIDENDS

    Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Internal Revenue Service | P.O. Box 21126<br>Philadelphia, PA 19114 | $0.23 |
| Colorado Department of Labor and Employment | Unemployment Insurance Tax Administration<br>P.O. Box 8789<br>Denver, CO 80201-8789 | $0.25 |
| Ohio Bureau of Workers' Compensation | Law Section Bankruptcy Unit<br>P.O. Box 15398<br>Columbus, OH 43215-0398 | $0.03 |
| Ohio Bureau of Workers' Compensation | Law Section Bankruptcy Unit<br>P.O. Box 15398<br>Columbus, OH 43215-0398 | $4.25 |
| Ohio Bureau of Workers' Compensation | Legal Operations Bankruptcy Unit<br>30 W. Spring St.<br>P.O. Box 15567<br>Columbus, OH 43215-0567 | $0.47 |
| | Total | $5.23 |

**WHEREFORE**, Trustee is depositing the total sum of $5.23 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: December 9, 2010**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 9th day of December, 2010, to:

>Thomas P. Yoder, Esq.
>215 E. Berry St.
>P.O. Box 2263
>Fort Wayne, IN 46801
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Internal Revenue Service
>P.O. Box 21126
>Philadelphia, PA 19114
>
>Colorado Department of Labor
>  and Employment
>Unemployment Insurance Tax
>  Administration
>P.O. Box 8789
>Denver, CO 80201-8789
>
>Ohio Bureau of Workers'
> Compensation
>Law Section Bankruptcy Unit
>P.O. Box 15398
>Columbus, OH 43215-0398
>
>Ohio Bureau of Workers'
> Compensation
>Legal Operations Bankruptcy Unit
>30 W. Spring St.
>P.O. Box 15567
>Columbus, OH 43215-0567

                                                /s/ Martin E. Seifert
                                              **MARTIN E. SEIFERT**

R:\BMSW\quikdocs\06-10138\Notice of Small Dividends-2-bb.wpd